UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREL CASTAÑOS | CIVIL ACTION NO. 3:17-1927 |
| Plaintiff | |
| | (JUDGE MANNION) |
| v. | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT | |
| Defendant | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the plaintiff's motion to proceed *in forma pauperis*, (Doc. 2), is **GRANTED** solely for the purpose of filing the complaint;

**(2)** the plaintiff's complaint, (Doc. 1), is **DISMISSED** for failure to state a claim on which relief may be granted under 28 U.S.C. §1915(e)(2)(B); and

**(3)** the Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 30, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1927-01-Order.docx